UNITED STATES of America v. Hattie DAVIS
and J. L. Gann.

No. 6334.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

B. H. Hagey, of Nashville, Tenn., for appellees.

PER CURIAM.

Judgment of District Court affirmed.

---

UNITED STATES of America v. Jo. O. FER-
GUSON, Administrator.

No. 955.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1933.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Lewis Raba, of Pawnee, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

---

UNITED STATES of America v. Alva L.
FOULKE, an Incompetent Person, by
Lawrence Weigand, Guardian.

No. 988.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1933.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan.

Lawrence Weigand, of Wichita, Kan., for appellee.

PER CURIAM.

Appeal dismissed, on motion of appellant.

---

UNITED STATES of America v. John H.
FULLER, Administrator.

No. 994.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1933.

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Roger Almond, of Wichita, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

---

UNITED STATES of America, Appellant, v.
Norman S. GARRISON, Appellee.

No. 3537.

Circuit Court of Appeals, Fourth Circuit.

Aug. 8, 1933.

C. C. Wyche, U. S. Atty., of Greenville, S. C.

Workman & Simpson, of Greenville, S. C., for appellee.

PER CURIAM.

Case dismissed under rule 20, by agreement of attorneys.